IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JOHN OLIVER,

    Petitioner,                             No. 2:13-cv-0050-TLN-EFB P

    vs.

GARY SWARTHOUT,

    Respondent.                           <u>ORDER</u>

       /

       Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on August 27, 2013. On September 10, 2013, petitioner filed a notice of appeal. On September 9, 2013, petitioner filed a request to proceed *in forma pauperis* on appeal.

       Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
    (B) claims an entitlement to redress; and
    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Petitioner's motion fails to satisfy all three requirements.

1  Accordingly, IT IS HEREBY ORDERED that petitioner's September 9, 2013 request to
2  proceed *in forma pauperis* on appeal (ECF No. 14) is denied without prejudice.  The Clerk of the
3  Court is directed to serve a copy of this order on the United States Court of Appeals for the
4  Ninth Circuit, and petitioner is hereby informed that he may file a motion to proceed *in forma*
5  *pauperis* in the United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P.
6  24(a)(5).

7  DATED:  September 20, 2013.

       EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE